UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Cortec Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>Corpac GmbH & Co. KG,<br><br>Defendant. | Case No. 22-CV-00476-KMM-ECW<br><br>**ORDER GRANTING PLAINTIFF'S UNCONTESTED MOTION TO DISMISS COUNTS III-V WITHOUT PREJUDICE PURSUANT TO RULE 41(A)(2)** |

This matter is before the Court pursuant to Plaintiff's Uncontested Motion to Dismiss Counts III-V of Plaintiff's Amended Complaint Without Prejudice Pursuant to Rule 41(a)(2), Federal Rules of Civil Procedure. Having considered the Motion, the Motion is **GRANTED** and **IT IS HEREBY ORDERED** that Counts III-V of Plaintiff's Amended Complaint are dismissed without prejudice.

Date: July 21, 2023

*s/Katherine M. Menendez*
Katherine M. Menendez
United States District Judge